IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAFAEL A. LLOVERA LINARES,

    Petitioner,

v.                                        CASE NO. 4:13cv238-RH/CAS

DEPARTMENT OF HOMELAND
SECURITY,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 18. No objections have been filed.

The report and recommendation correctly concludes that the petitioner's pending motions should be denied and that the case should be dismissed. And dismissal is appropriate for another reason as well: this case merely duplicates an earlier case that the petitioner filed making virtually the same claims and seeking virtually the same relief. The petition in that case has been dismissed, but the petitioner has been given leave to amend. The order in that case is attached to this order.

In light of the petitioner's own allegations that he has refused to be removed despite an order and opportunity to do so, it is unlikely the petitioner will be able to assert a valid claim. But if he can assert a valid claim, he can do it in the earlier-filed case. This case should be dismissed as duplicative.

For these reasons,

IT IS ORDERED:

The second report and recommendation is ACCEPTED and adopted as the court's further opinion. The petitioner's motions for U-Visa Certification, ECF No. 6, and for a preliminary injunction, ECF Nos. 16 and 17, are DENIED. The clerk must enter judgment stating, "The petition is dismissed without prejudice." The clerk must close the file.

SO ORDERED on November 16, 2013.

> s/Robert L. Hinkle
> United States District Judge